## LAFAYETTE ET AL VS HOOD.

Opinion delivered Sept. 26, 1907.

(104 S. W. Rep. 855).

Appeal from the United States Court for the Western District of the Indian Territory; before Justice Wm. R. Lawrence, December 29, 1906.

Action by Jackson Hood, by Chester A. Linebach, his guardian, against Ben F. Lafayette and another. From a decree for plaintiff, defendants appeal.   Reversed and remanded.

*De Roos Bailey*, for appellants.

*Butts & Johnson* and *Preston C. West*, for appellee.

CLAYTON, J.   With the exception of the fact that in this case the ward of the appellee Linebach is Jackson Hood, and the co-defendant of Lafayette is Babbs, and the premises mentioned in the complaint are different, the pleadings, the facts, and the orders and decrees are identical with the case of Lafayette et al vs Hood et al. (No. 847) 104 S. W. 853, and

therefore the opinion in that case, this day handed down, is referred to and adopted as the opinion in this case, and, for the errors therein mentioned, the same also existing in this case, the decree of the court below is reversed and remanded.

GILL, C. J., and TOWNSEND, J., concur.